FILED
CLERK, U.S. DISTRICT COURT

SEP 1 6 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )    Case No.  2:22-mj-3678
                                )
            Plaintiff,          )    ORDER OF PRETRIAL DETENTION
                                )         AFTER HEARING
        v.                      )    (18 U.S.C. § 3142(i))
                                )
Arthur Raffy Aslanian          )
                                )
            Defendant.         )
_____)

I.

A.    (  )  Upon motion of the Government in a case that involves:

        1.    (  )  a crime of violence or an offense listed in

                    18 U.S.C. § 2332b(g)(5)(B), for which a

                    maximum term of imprisonment of ten (10)

                    years or more is prescribed; or

        2.    (  )  an offense for which the maximum sentence is

                    life imprisonment or death; or

        3.    (  )  an offense for which a maximum term of

                    imprisonment of ten (10) years or more is

                    prescribed in the Controlled Substances Act,

                    Controlled Substances Import and Export Act

                    or Maritime Drug Law Enforcement Act; or

II.

A.    (   )    The Court finds by a preponderance of the evidence
              that no condition or combination of conditions
              will reasonably assure the appearance of defendant
              as required;

B.    ( ✓ )   The Court finds by clear and convincing evidence
              that no condition or combination of conditions
              will reasonably assure the safety of any other
              person and the community.

III.

The Court has considered:

A.    ( ✓ )   the nature and circumstances of the offense(s) charged;

B.    ( ✓ )   the weight of the evidence against defendant;

C.    ( ✓ )   the history and characteristics of defendant;

D.    ( ✓ )   the nature and seriousness of the danger to any person
              or the community that would be posed by defendant's
              release;

E.    ( ✓ )   the Pretrial Services Report/Recommendation;

F.    ( ✓ )   the evidence proffered/presented at the hearing;

G.    ( ✓ )   the arguments of counsel.

///

///

///

///

///

///

3

IV.

The Court concludes:

A.   ( ✓) Defendant poses a risk to the safety of other persons
     and the community based on: _instant charges;_
_possession of unregistered firearm; nature +_
_circumstance of alleged offense / weight of the_
_evidence_

B.   ( ) Defendant poses a serious flight risk based on: _____

_____

_____

_____

C.   ( ) A serious risk exists that defendant will:

     1.   ( ) obstruct or attempt to obstruct justice;

     2.   ( ) threaten, injure or intimidate a prospective

              witness or juror or attempt to do so;

     based on: _____

_____

_____

_____

D.   ( ) Defendant has not rebutted by sufficient evidence to

          the contrary the presumption provided in 18 U.S.C.

          § 3142(e) that no condition or combination of

          conditions will reasonably assure the safety of any

          other person and the community;

     and/or

4

1  ( ) Defendant has not rebutted by sufficient evidence to
2  the contrary the presumption provided in 18 U.S.C.
3  § 3142(e) that no condition or combination of
4  conditions will reasonably assure the appearance of
5  defendant as required.
6  IT IS ORDERED that defendant be detained prior to trial.
7  IT IS FURTHER ORDERED that defendant be committed to the custody
8  of the Attorney General for confinement to a corrections facility
9  separate, to the extent practicable, from persons awaiting or serving
10 sentences or persons held in custody pending appeal.
11  IT IS FURTHER ORDERED that defendant be afforded reasonable
12 opportunity for private consultation with defendant's counsel.
13  IT IS FURTHER ORDERED that, on Order of a Court of the United
14 States or on request of an attorney for the Government, the person in
15 charge of the corrections facility in which defendant is confined
16 deliver defendant to a United States Marshal for the purpose of an
17 appearance in connection with a court proceeding.
18  DATED:    9/16/2022

19
20  _____
    HONORABLE JACQUELINE CHOOLJIAN
21  United States Magistrate Judge
22
23
24
25
26
27
28

5